David J. Kaminski (State Bar No. 128509)
Stephen A. Watkins (State Bar No. 205175)
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
PRIMARY FINANCIAL SERVICES, LLC

## IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

DARRYL LOOMIS,

      Plaintiff,

      v.

PRIMARY FINANCIAL
SERVICES, LLC,

      Defendant.

CASE NO. SACV09-0691 DOC MLGx

**DEFENDANT PRIMARY
FINANCIAL SERVICES, LLC'S
NOTICE OF REMOVAL**

Judge:
Date:
Time:
Dept:

Filing Date:
Trial Date:

## DEFENDANT'S NOTICE OF REMOVAL

Defendant PRIMARY FINANCIAL SERVICES, LLC) ("Defendant") files this notice of removal under 28 U.S.C. §1446(a).

### A. Introduction

1.    Defendant is Primary Financial Services, LLC ("Defendant"); Plaintiff is Darryl Loomis ("Plaintiff").

2.    Upon information and belief, this case was initially filed on March 9, 2009 in the Superior Court of California, Orange County, Case No. 30-2009-00250912. Plaintiff sued Defendant for violation of the 15 U.S.C. § 1692, Fair Debt Collections Practices Act ("FDCPA").

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

3.     Defendant was never formally served with Plaintiff's Complaint, but was allegedly mailed a Notice and Acknowledgment form along with Plaintiff's Complaint which was never executed. (*See* Declaration of Casey Middleman filed concurrently with this Notice of Removal). A true and correct copy of Plaintiff's Complaint received by Defendant is attached hereto as Exhibit A.

4.     Defendant was served with Plaintiff's First Amended Complaint on May 11, 2009, and files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b). *Murphy Bros., Inc. v. Michetti Pipe Stringing*, 526 U.S. 344, 350, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999)(holding the 30-day period begins to run upon formal service); *Terry v. Travelers Indem. Co. of Connecticut*, 2006 U.S. Dist. LEXIS 57523, 2006 WL 2354781, 2 (E.D.Cal. 2006) (holding mailing of summons and complaint did not trigger the thirty day removal period because defendants did not sign or return the acknowledgment); *Doijode v. Sears, Roebuck and Co.*, 2006 U.S. Dist. LEXIS 3186, 2006 WL 149007, 3 (N.D.Cal. 2006) (because plaintiff did not effectuate proper service of the summons and complaint by mail, the 30-day period for removal did not commence on that date). A true and correct copy of Plaintiff's First Amended Complaint received on May 11, 2009 is attached hereto as Exhibit B.

## B. Basis for Removal

5.     Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.*, for alleged violation of the Fair Debt Collection Practices Act.

6.     All pleadings, process, orders, and other filings in the state court action are attached to this notice as Exhibits "A"and "B" as required by 28 U.S.C. §1446(a).

7.     Venue is proper in this district under 28 U.S.C. §1441(a) because this

1  district and division embrace the place where the removed action has been pending.

2      8.      Defendant will promptly file a copy of this notice of removal with the

3  clerk of the state court where the action has been pending.

### C. Jury Demand

5      9.      Plaintiff does demand a jury in the state court action.

### D. Conclusion

8      10.      Defendant respectfully requests removal of this action as it involves a

9  Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692.

11  DATED:  June 9, 2009

CARLSON & MESSER LLP

By _____

David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
PRIMARY FINANCIAL SERVICES, LLC

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

EXHIBIT  A

1   Michael S. Agruss (SBN: 259567)
    Ryan Lee (SBN: 235879)
2   Nicholas J. Bontrager (SBN: 252114)
    Krohn & Moss, Ltd.
3   10635 Santa Monica Blvd., Suite 170
    Los Angeles, CA 90025
4   Tel: 323-988-2400 x235
    Fax: 866-583-3695
5   magruss@consumerlawcenter.com

6   Attorneys for Plaintiff, DARRYL LOOMIS

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

**MAR 09 2009**

ALAN CARLSON Clerk of the Court

BY _____ DEPUTY

7

8           IN THE SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY

9           NORTH JUSTICE CENTER—LIMITED JURISDICTION
                                                     30-2009

10  DARRYL LOOMIS,                      )   Case No.:   00250912
11              Plaintiff,              )
                                        )
12          v.                          )   **COMPLAINT AND DEMAND FOR**
                                        )   **JURY TRIAL**
13  PRIMARY FINANCIAL SERVICES LLC.,    )
                                        )   **(Unlawful Debt Collection Practices)**
14              Defendant.              )
                                        )   **Demand Does Not Exceed $10,000.00**
15                                      )
                                        )
16

17                          **PLAINTIFFS' COMPLAINT**

18          DARRYL LOOMIS (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges

19  the following against PRIMARY FINANCIAL SERVICES, LLC. (Defendant):

20                              **INTRODUCTION**

21      1.  Count I of Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices

22          Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

23      2.  Count II of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

24          *U.S.C. 1692 et seq.* (FDCPA).

25

- 1 -

PLAINTIFF'S COMPLAINT

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction arises under *Cal. Civ. Pro. §410.10.*

5. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *Cal. Civ. Pro. §395(a).*

7. Declaratory relief is available pursuant to *Cal. Civ. Pro. §1060.*

## PARTIES

8. Plaintiff is a natural person residing in Yorba Linda, Orange County, California.

9. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h).*

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

11. Defendant is a national company that maintains an office in Arizona and conducts business in California.

## FACTUAL ALLEGATIONS

12. Defendant called from the following numbers: 800-661-0086.  Plaintiff believes that Defendant also contacted Plaintiff's brother, Maury Loomis from blocked, private and unknown numbers.

13. Defendant caller "Jeremy Peterson" contacted Maury Loomis at 714-478-1565.  (See third party statement attached as Exhibit A.)

14. Defendant caller stated to Maury Loomis that the call was from a collection agency,

- 2 -

PLAINTIFF'S COMPLAINT

thereby communicating to a third party that Plaintiff owe a debt. (See Exhibit A.)

15. Defendant caller stated to Maury Loomis to tell his brother that "PFS" has called. (See Exhibit A.)

16. Defendant did not send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.12(b)* of the RFDCPA by contacting a member of the Plaintiff's family for other purposes than to locate the debtor.

    b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

18. As a direct and proximate result of one or more or all of the statutory violations above Plaintiffs suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, DARRYL LOOMIS, respectfully requests judgment be entered against Defendant, PRIMARY FINANCIAL SERVICES LLC., for the following:

19. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

20. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and

23. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

- 3 -

24. Plaintiffs repeat and reallege all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

25. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692b(2)* of the FDCPA because Defendant stated to a third party that the call was from a collection agency thereby stating to that third party the Plaintiff owes debt.

    b.  Defendant violated *§1692c(b)* of the FDCPA because Defendant engaged in prohibited communication practices by contacting Plaintiff's brother.

    c.  Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

26. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, DARRYL LOOMIS, respectfully requests judgment be entered against Defendant, PRIMARY FINANCIAL SERVICES LLC., for the following:

- 4 -

PLAINTIFF'S COMPLAINT

27. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

28. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

29. Actual damages,

30. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

31. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: March 6, 2009          KROHN & MOSS, LTD.

By: _____
        Nicholas J. Bontrager
        Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DARRYL LOOMIS demands a jury trial in this case.

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, DARRYL LOOMIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DARRYL LOOMIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
DARRYL LOOMIS

DATE _2/20/09_____

**EXHIBIT A**

PLAINTIFF'S COMPLAINT

Maury Loomis
18900 Seabiscuit Run
Yorba Linda, CA 92886

Re: Call to 714-701-0916 and messages left by callers.

To whom it may concern:

On the following dates I have heard messages left out loud on Darryl's phone recorder. These messages ring throughout the entire house and everyone in the home can hear the message. The calls are from 800-474-613-. The message cuts off each time on the last digit. The dates I have been at his house when messages are left are 02/10/09 at 4:40pm, 02/13/09 at 10:07am, and 02/16/09 at 4:01pm. I will continue to take note each time they leave a message when I am there.


Maury Loomis                                    2/17/09

**EXHIBIT B**

PLAINTIFF'S COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — (YES) NO
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____
_____
_____
_____
_____
_____
_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 2/20/09

_____
Signed Name

Darryl Loomis
_____
Printed Name

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
PRIMARY FINANCIAL SERVICES LLC

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DARRYL LOOMIS

---

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

**MAR 09 2009**

ALAN CARLSON  Clerk of the Court

BY _____ DEPUTY

---

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Orange County Superior Court - North Justice Center
1275 North Berkely Street
Fullerton, CA  92832

CASE NUMBER:
*(Número del Caso):*
**00 250912**

30-2009

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Nicholas J. Bontrager; Michael S. Agruss, Ryan Lee; Krohn and Moss, Ltd.
10635 Santa Monica Blvd., #170, Los Angeles, CA 90025  323-988-2440

J.GAYTAN

DATE:  **MAR 09 2009**  ALAN CARLSON  Clerk, by _____, Deputy
*(Fecha)*                              Secretario)                    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.  www.USCourtForms.com

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>Nicholas J. Bontrager (SBN: 252114)<br>Krohn & Moss, Ltd.<br>10635 Santa Monica Blvd., Suite 170<br>Los Angeles, CA 90025<br>TELEPHONE NO.: 323-988-2400   FAX NO.:<br>ATTORNEY FOR (Name): Plaintiff, DARRYL LOOMIS | **FOR COURT USE ONLY**<br><br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>NORTH JUSTICE CENTER<br><br>**MAR 09 2009**<br><br>ALAN CARLSON Clerk of the Court<br><br>BY _____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
STREET ADDRESS: 1275 North Berkeley Stret
MAILING ADDRESS: P.O. Box 5000
CITY AND ZIP CODE: Fullerton, CA  92653-0097
BRANCH NAME: North Justice Center

CASE NAME:
DARRYL LOOMIS v. PRIMARY FINANCIAL SERVICES LLC

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>**30-2009** |
|---|---|---|---|---|
| [ ] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [✓] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>**0 0 2 5 0 9 1 2**<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1.** Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[✓] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

**2.** This case [ ] is [✓] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought (check all that apply): a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
**4.** Number of causes of action (specify):  One (1); Violations of Cal. Civ. 1788 et seq
**5.** This case [ ] is [✓] is not  a class action suit.
**6.** If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: March 6, 2009
Nicholas J. Bontrager, Esq.
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

EXHIBIT  B

Michael S. Agruss (SBN: 259567)
Ryan Lee (SBN: 235879)
Nicholas J. Bontrager (SBN: 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com

Attorneys for Plaintiff, DARRYL LOOMIS

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

APR 13 2009

ALAN CARLSON, Clerk of the Court

BY _____, DEPUTY

## IN THE SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY

## NORTH JUSTICE CENTER—LIMITED JURISDICTION

| | |
|---|---|
| DARRYL LOOMIS,<br><br>    Plaintiff,<br><br>  v.<br><br>PRIMARY FINANCIAL SERVICES, L.L.C.,<br><br>    Defendant. | CASE NO.: 30-2009-00250912<br><br>**FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)**<br><br>**Demand Does Not Exceed $10,000.00** |

### PLAINTIFFS' FIRST AMENDED COMPLAINT

DARRYL LOOMIS (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against PRIMARY FINANCIAL SERVICES, L.L.C. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's First Amended Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

2. Count II of Plaintiff's First Amended Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

- 1 -

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction arises under *Cal. Civ. Pro. §410.10*.

5. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *Cal. Civ. Pro. §395(a)*.

7. Declaratory relief is available pursuant to *Cal. Civ. Pro. §1060*.

## PARTIES

8. Plaintiff is a natural person residing in Yorba Linda, Orange County, California.

9. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

10. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

11. Defendant is a national company that maintains an office in Arizona and conducts business in California.

## FACTUAL ALLEGATIONS

12. Defendant called Plaintiff's brother, Maury Loomis from 800-661-0086 and 602-279-1000.

13. Defendant caller "Jeremy Peterson" contacted Maury Loomis at 714-478-1565.  (See third party statement dated February 10, 2009 attached as Exhibit A.)

14. Defendant caller stated to Maury Loomis that Plaintiff owes a debt.  (See Exhibit A.)

15. Defendant caller called Maury Loomis again on March 30, 2009 asking for "Bill

- 2 -

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Loomis" and then again asked for Plaintiff.  (See third party statement dated March 30, 2009 attached as Exhibit B.)

16. Defendant did not send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the RFDCPA based on the following:

    a.  Defendant violated *§1788.12(b)* of the RFDCPA by contacting a member of the Plaintiff's family for other purposes than to locate the debtor.

    b.  Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

18. As a direct and proximate result of one or more or all of the statutory violations above Plaintiffs suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, DARRYL LOOMIS, respectfully requests judgment be entered against Defendant, PRIMARY FINANCIAL SERVICES, L.L.C., for the following:

19. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act.

20. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b),*

21. Actual damages;

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c),* and

23. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's First

- 3 -

Amended Complaint as the allegations in Count II of Plaintiff's First Amended

Complaint.

25. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692b(2)* of the FDCPA because Defendant stated to a third party that the Plaintiff owes debt.

    b.  Defendant violated *§1692b(3)* of the FDCPA because Defendant contacted Plaintiff's brother more than once.

    c.  Defendant violated *§1692c(b)* of the FDCPA because Defendant engaged in prohibited communication practices by contacting Plaintiff's brother.

    d.  Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

26. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff suffered emotional distress (see Exhibit C).

- 4 -

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

WHEREFORE, Plaintiff, DARRYL LOOMIS, respectfully requests judgment be entered against Defendant, PRIMARY FINANCIAL SERVICES, L.L.C., for the following:

27. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

28. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

29. Actual damages,

30. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

31. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: April 9, 2009

KROHN & MOSS, LTD.

By: _____
    Michael S. Agruss
    Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DARRYL LOOMIS demands a jury trial in this case.

- 5 -

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, DARRYL LOOMIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DARRYL LOOMIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.


DARRYL LOOMIS

DATE 2/20/09

-7-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## EXHIBIT A

- 7 -

PLAINTIFF'S COMPLAINT

# Loomis - call from PFS Jeremy Peterson

Tuesday, February 10, 2009 5:48 PM
From:
"Maury Loomis" <mauryloomis@yahoo.com>
To: darrylloomis@yahoo.com

Darryl,

I received a collection call from P.F.S. Jeremy Peterson at 800-661-0086 x3219. Jeremy asked me if I knew how to get a hold of you? He said "This is an attempt to collect a debt." "Darryl owes a debt and we are trying to get a hold of him. "Do you know how I can get in touch with him?" If you see or talk to him have him give me a call." Jeremy said for me to tell you he called.

Not knowing why he called me I gave him my BK attorney's phone number. I gave him Paul Moses phone number for BK contact.

Maury Loomis
714-478-1565

1
2
3
4
**EXHIBIT B**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PLAINTIFF'S COMPLAINT

From: Maury Loomis <MauryL@savengables.com>
Subject: Loomis - call from mr. peterson
To: darrylloomis@yahoo.com
Date: Monday, March 30, 2009, 3:40 PM

Got call today at 3:25pm

Mr. Peterson calling from phone number 6022791000

I answered hello. He asked for Bill Loomis, without identifying himself or company he was calling from.

I said not this is not Bill. Then he said, oh, how about Darryl loomis.

At this point I became uncomfortable. I asked for his name. He said Mr. Peterson.

He then got a bit pushy with me. Asked if I was involved with Loomis Properties. I said no, He asked for Darryls phone number.

I told him I would take his number and give it to Darryl. He gain was pushy and said that Darryl was avoiding a serious business matter.

I then felt even more threatened and repeated, I will have Darryl call you. He asked again.

I told him that I would only respond to written requests. Even after I said to not call me, he was very pushy and said that I would get a call from him again via phone next week.

After the call I was a bit shaken up but a person that did not identify his company or give me his phone number as I requested. He continued to push for Darryls number and had no regard for me and my request to identify himself and to not call me any more.


Sincerely,

Maury Loomis
Associate Broker
Seven Gables Real Estate
18210 Yorba Linda Blvd. #404
Yorba Linda, CA  92888
Cell Direct: 714-478-1555
Fax Line: 714-388-3770
http://www.loomisproperty.com <http://www.loomisproperty.com/>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT C**

PLAINTIFF'S COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — **YES** NO
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — **YES** NO
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** NO
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — **YES** NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____
_____
_____
_____
_____
_____

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2/20/09

_____
Signed Name

Darryl Loomis
_____
Printed Name

*Amended*

**SUMMONS**
**(CITATION JUDICIAL)**

SUM-100

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
PRIMARY FINANCIAL SERVICES, L.L.C.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

**APR 13 2009**

ALAN CARLSON, Clerk of the Court

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
DARRYL LOOMIS

BY _____ , DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es):
Orange County Superior Court - North Justice Center
1275 North Berkeley Street
Fullerton, CA 92832

CASE NUMBER:
(Número del Caso): 30-2009-00250912

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Michael S. Agruss - Krohn and Moss, Ltd.
10635 Santa Monica Blvd., #170, Los Angeles, CA 90025  (323) 988-2400

DATE: **APR 13 2009**        ALAN CARLSON Clerk, by _____ J. LOMELI , Deputy
(Fecha)                          (Secretario)                              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):<br>— Michael S. Agruss (SBN: 259567)<br>Krohn & Moss, Ltd.<br>10635 Santa Monica Blvd., Suite 170<br>Los Angeles, CA 90025<br>TELEPHONE NO.: (323) 988-2400   FAX NO.: (866) 802-0021<br>ATTORNEY FOR (Name): Plaintiff, DARRYL LOOMIS | **FOR COURT USE ONLY**<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>NORTH JUSTICE CENTER<br><br>**APR 13 2009**<br><br>ALAN CARLSON, Clerk of the Court<br><br>BY _____, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 1275 North Berkeley Stret
MAILING ADDRESS: P.O. Box 5000
CITY AND ZIP CODE: Fullerton, CA 92653-0097
BRANCH NAME: North Justice Center

**CASE NAME:**
DARRYL LOOMIS v. PRIMARY FINANCIAL SERVICES, L.L.C.

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited   ☑ Limited<br>(Amount    (Amount<br>demanded    demanded is<br>exceeds $25,000)   $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 30-2009-00250912 |
| | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) | condemnation (14) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☑ Other complaint (not specified above) (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition (not specified above) (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts
     issues that will be time-consuming to resolve       in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action (specify): One (1); Violations of Cal. Civ. 1788 et seq.
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 9, 2009.
Michael S. Agruss
     (TYPE OR PRINT NAME)                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

                                                 Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

*Amended*

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

### PROOF OF SERVICE

STATE OF CALIFORNIA       )
                               )  ss.

COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045. I am employed at that address at the firm of Carlson & Messer, LLP.

On June 9, 2009, I served the foregoing document(s) described as: **DEFENDANT PRIMARY FINANCIAL SERVICES, LLC'S NOTICE OF REMOVAL** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]   **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]   **BY FACSIMILE**: On the date set forth below, at approximately ____ p.m., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[X]   **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[]   **(STATE)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 9th day of June, 2009, at Los Angeles, California.

_____
Linda Brooks

1

1

<u>Case Name</u>
_**Darryl Loomis v. Primary Financial Services, LLC**_
**Our File No. 05923.00**

2

3

Nicholas J. Bontrager, Esq.                    **Attorneys for Plaintiff,**
4   Ryan Lee, Esq.                                 **DARRYL LOOMIS**
Krohn & Moss, Ltd.
5   10635 Santa Monica Blvd., Ste. 170
Los Angeles, CA 90025
6   Tele: (323) 988-2400
Fax: (866) 802-0021

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05923.00:154721                                        2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Darryl Loomis | Primary Financial Services, LLC |

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):  

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):  

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Nicholas J. Bontrager, Esq.
Krohn & Moss, Ltd
10635 Santa Monica Blvd., Suite 170
Los Angeles, CA  90025
323-988-2440

Attorneys (If Known)

Stephen A. Watkins, Esq.
Carlson & Messer LLP
5959 W Century Blvd. #1214
Los Angeles, CA 90036
310-242-2200

**II.   BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.   CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V.   REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No          ☐ **MONEY DEMANDED IN COMPLAINT: $** TBD

**VI.   CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Plaintiff alleges that Defendant is liable under the Fair Debt Collection Practices Act, 15 U.S.C. 1692 for improperly attempting to collect Plaintiff's debt.

**VII.   NATURE OF SUIT (Place an X in one box only.)**

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litig. |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?   ☒ No   ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 1 of 2
                                                                      CCD-JS44

SACV09-0691

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?   [ x ] No   [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above

    in a, b or c also is present.

---

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

Orange

List the California County, or State if other than California, in which **EACH** named defendant resides.   (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

Orange

List the California County, or State if other than California, in which **EACH** claim arose.   (Use an additional sheet if necessary)

**Note:** In land condemnation cases, use the location of the tract of land involved.

Orange

---

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date June 7, 2009

Stephen A. Watkins (SBN 205157)

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )   ss.
COUNTY OF LOS ANGELES        )

      I am employed in the County of Los Angeles, State of California.

      I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045. I am employed at that address at the firm of Carlson & Messer, LLP.

      On June 9, 2009, I served the foregoing document(s) described as: **CIVIL COVER SHEET** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

[X]    **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]    **BY FACSIMILE**: On the date set forth below, at approximately _____ p.m., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[X]    **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[]    **(STATE)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 9th day of June, 2009, at Los Angeles, California.

Linda Brooks

05923.00:154724

1

1

<u>**Case Name**</u>
<u>***Darryl Loomis v. Primary Financial Services, LLC***</u>
**Our File No. 05923.00**

2

3

Nicholas J. Bontrager, Esq.                          **Attorneys for Plaintiff,**
4   Ryan Lee, Esq.                                       **DARRYL LOOMIS**
    Krohn & Moss, Ltd.
5   10635 Santa Monica Blvd., Ste. 170
    Los Angeles, CA 90025
6   Tele: (323) 988-2400
    Fax: (866) 802-0021

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05923.00:154724                                          2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV09- 691 DOC  (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.