JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LOOMIS<br><br>PLAINTIFF(S),<br><br>V.<br><br>PRIMARY FINANCIAL SERVICES LLC<br><br>Defendant(s). | CASE NO. SA CV09-0691-DOC(MLGx)<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff DARRYL LOOMIS and Defendant PRIMARY FINANCIAL SERVICES, LLC ("PFS") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Eacy party shall bear their own costs and expenses.

**IT IS SO ORDERED**

DATED: September 11, 2009

_____
DAVID O. CARTER
United States District Judge